FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>        v.<br><br>JOSHUA JONATHAN LUND,<br><br>               Defendant. | No. 2:18-CR-00138-TOR-3<br><br>ORDER RELEASING DEFENDANT TO TREATMENT<br><br>**MOTION GRANTED**<br>**(ECF No. 64)** |

Before the Court is Defendant's Expedited Motion to Reconsider Conditions of Release Pursuant to 18 U.S.C. § 3142(f). ECF No. 64. Defendant advises that he has a secure bed date for inpatient treatment at American Behavioral Health Systems (ABHS) on September 14, 2018. ECF No. 64 at 2.

Defendant recites that neither U.S. Probation nor the United States oppose Defendant's release to treatment. ECF No. 64 at 3-4.

Therefore, IT IS ORDERED, that Defendant be released from Spokane County Jail to a member of American Behavioral Health Systems on September 14, 2018 on or before 1:00 p.m. Defendant is to be transported directly to the ABHS facility upon release.

Defendant is to sign and submit an AO199c to the Court no later than September 13, 2018. Defendant is ordered to execute all necessary waivers to allow his supervising probation officer to be updated on his treatment progress.

Unless a suitable release plan is submitted to the Court for review prior to Defendant's completion of inpatient treatment, Defendant shall return to the custody of the U.S. Marshal pending trial.

If Defendant leaves the treatment facility, or is terminated from treatment, the treatment facility personnel shall immediately notify the U.S. Probation Officer

ORDER - 1

or, if the U.S. Probation Officer is unavailable, the U.S. Marshal, who shall in turn immediately notify the undersigned or the assigned magistrate jduge.

Defendant's motion, **ECF No. 64**, is **GRANTED**.

**IT IS SO ORDERED**.

DATED September 11, 2018.

<u>*s/Mary K. Dimke*</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 2