UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA JOHNATHAN LUND,<br><br>    Defendant. | NO: 2:18-CR-0138-TOR-3<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's unopposed Motion to Expand Conditions of Release. ECF No. 137.

For good cause shown, Defendant's motion (ECF No. 137) is **GRANTED**.

**IT IS HEREBY ORDERED**:

1. The Order Granting Defendant's Motion for Release and Setting Conditions (ECF No. 72) is modified at paragraph 14 as follows:

(14) Defendant shall remain in the Eastern District of Washington while the case is pending. <u>Defendant is allowed to travel to northern Idaho for employment and court proceedings.</u>  By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

ORDER MODIFYING CONDITIONS OF RELEASE ~ 1

2. The Defendant shall otherwise remain released pursuant to the conditions of release previously imposed in this matter.  ECF No. 72.  **<u>If a sentence of incarceration is imposed, the Defendant shall be taken into custody at the time of sentencing</u>**.

The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED May 3, 2019.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge