PROB 12C
(6/16)

Report Date: October 27, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Johnathan Lund         Case Number: 0980 2:18CR00138-TOR-3

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99218

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 22, 2019

Original Offense: Unlawful User of a Controlled Substance in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), 924(a)(2); Possession of Stolen Firearms 18 U.S.C. §§ 922(j), 924(a)(2)

Original Sentence: Prison - 366 days
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Timothy J. Ohms         Date Supervision Commenced: February 25, 2020

Defense Attorney: Federal Defenders Office    Date Supervision Expires: February 24, 2023

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: It is alleged that Mr. Lund is in violation of his conditions of supervised release, by consuming marijuana between October 13 and 17, 2021.

On February 25, 2020, Mr. Lund reviewed and signed his judgment, acknowledging an understanding of his conditions of supervision.

On October 20, 2021, the undersigned officer conducted a home visit at Mr. Lund's residence. A urine sample was requested and collected from Mr. Lund. The sample was presumptive positive for marijuana. Prior to collecting the urine sample, Mr. Lund disclosed he had been consuming marijuana over the past couple of days and signed a drug use admission form acknowledging his use of marijuana between October 13 and 17, 2021.

Prob12C
Re: Lund, Joshua Johnathan
October 27, 2021
Page 2

    2    **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    **Supporting Evidence**: It is alleged that Mr. Lund violated his conditions of supervised release by failing to notify the undersigned officer of a change in residency, since approximately September 6, 2021.

    On February 25, 2020, Mr. Lund reviewed and signed his judgment, acknowledging an understanding of his conditions of supervision

    On October 20, 2021, the undersigned was going to conduct a home visit at Mr. Lund's address of record.  A text message was sent to Mr. Lund asking when he would arrive home from work.  Mr. Lund disclosed a new address to the undersigned officer. When confronted, he disclosed he changed his residence on or around September 6, 2021, and the undersigned officer was not notified accordingly.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/27/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

October 27, 2021
Date